## YOUNG v. HALL et.

Ohio Appeals, 2nd Dist., Franklin Co.

No. 1631. Decided Nov. 28, 1927.

First Publication of this Opinion.

Syllabus by Editorial Staff.

**373. DEFAULT — 677. Judgments and Decrees — 681. Jurisdiction—384. Demurrer.**

Filing of general demurrer on day of default judgment does not necessarily withdraw from court jurisdiction to render default judgment.

On motion for rehearing.

Motion overruled.

Watson, Davis & Joseph, Columbus, for Young.

Ballard, Jones & Price and W. J. Ford, Columbus, for Hall et.

FULL TEXT.
BY THE COURT.
We have carefully considered the motion for a rehearing and the argument in support thereof. We cannot agree with counsel that the mere filing of a general demurrer on the same day of the default judgment necessarily withdraws from the court jurisdiction to render a default judgment. It is conceded that the demurrer was filed out of rule day and without leave of the court. It is true that a general demurrer may be filed at any time, but in order to prevent judgment such general demurrer would necessarily have to be well taken. It was for this reason that the court passed upon the general demurrer and held that it was not well taken. We are, therefore, of the opinion that the Court of Common Pleas had jurisdiction to render the default judgment.

We, therefore, hold that the motion for rehearing should be overruled and the former decision adhered to.

(Ferneding, Kunkle and Allread, JJ., concur.)